ENTERED ON DOCKET
8/31/99 PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA STAR LINE, INC.

    Plaintiff

vs.

PUERTO RICO FOOD & PAPER, INC.

    Defendant

CIVIL NO. 98-2315 (PG)

COLLECTION OF FREIGHT

## JUDGMENT

The court having granted Plaintiff's Second Motion for Summary Judgment, it is hereby

**ORDERED AND ADJUDGED** that the case is hereby CLOSED. Defendant shall pay plaintiff $2,222.00, plus legal interest, costs and reasonable attorneys fees.

San Juan, Puerto Rico, August 26, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge