UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA STAR LINE, LLC
    Plaintiff,

v().  Civil No. 98-2315(PG)

PUERTO RICO FOOD & PAPER, INC.,
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #15 - Plaintiff's Motion Requesting Voluntary Dismissal. | Granted |

Date: February _3_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge