UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA STAR LINE, LLC,
    Plaintiff,

v.                                    CIVIL NO. 98-2315 (PG)

PUERTO RICO FOOD & PAPER, INC.,
    Defendant.

### JUDGMENT

On this date the Court has entered an order granting plaintiff's motion for voluntary dismissal without prejudice (Docket No. 15), it is hereby

**ORDERED AND ADJUDGED** that the case is **DISMISSED without prejudice.**

San Juan, Puerto Rico, February 3, 2000.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev. 8/82)