UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA STAR LINE, LLC
    Plaintiff

v.

PUERTO RICO FOOD & PAPER, INC.
    Defendant

Civil No. 98-2315 (PG)

| MOTION | ORDER |
| --- | --- |
| Docket # 14 - Memorandum of Costs | Moot, thus DENIED. |

DATE: November 13, 2003.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

s/cs:to (2)
attys/pts
in ICMS

NOV 14 2003